# EXHIBIT A

| SP 7-0051 (12-2011) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 06/01/17-06/28/17 SUN | PA2017-687430 |
| CONTINUATION SHEET ☐ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE / DOMESTIC VIOLENCE |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | 0000-2359 HOURS | ☐ ☐ |

| ATTACHMENTS: | | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ INTOXICATION WORK SHEET | ☐ MISSING PERSON CHECKLIST | A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ PROPERTY RECORD | | |
| ☐ OTHER | | C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP1A00 / BCI - CCU | 08/02/17 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| UNLAWFUL CONTACT WITH A MINOR | |

**5. NARRATIVE**

**Interview – Omar SANTIAGO-MUNIZ**

On 07/21/17 at approx. 1040 hours SANTIAGO-MUNIZ was interviewed inside his residence at the dining table. SANTIAGO-MUNIZ confirmed his biographical information and that his phone number was 610-400-7308. SANTIAGO-MUNIZ stated that his cell phone was charging and was on a table next to the couch. SANTIAGO-MUNIZ was informed that he was not under arrest, he was free to leave and not required to speak with me. SANTIAGO-MUNIZ agreed to an interview to aid in the investigation. Corporal Michael FEGLEY and I then interviewed SANTIAGO-MUNIZ stated his phone was a Samsung. SANTIAGO-MUNIZ stated that the phone did not contain a passcode. SANTIAGO-MUNIZ stated his phone was a Samsung. SANTIAGO-MUNIZ stated that the phone did not contain a passcode. SANTIAGO-MUNIZ stated that his bedroom was on the main floor area of the apartment. SANTIAGO-MUNIZ stated that the apartment has an internet connection and the internet is provided by Xfinity. SANTIAGO-MUNIZ stated that the apartment does have Wi-Fi, which is password protected. SANTIAGO-MUNIZ could not recall was the Wi-Fi password was and indicated it was set-up by his brother. SANTIAGO-MUNIZ stated that the internet connection was previously shared with downstairs neighbors but they were previously evicted about 1 month ago. SANTIAGO-MUNIZ stated that the internet account is paid for by him. SANTIAGO-MUNIZ stated that numerous electronic devices to include a Desktop PC in the living room and laptops were present in the apartment. SANTIAGO-MUNIZ stated that he routinely uses the internet for Ebay, online banking, Xbox games and ordering car parts. SANTIAGO-MUNIZ stated that he does not have twitter, Instagram or Facebook. SANTIAGO-MUNIZ stated that he served in the Army and has been working as a Montgomery County Corrections Officer for approx. 3 years. SANTIAGO-MUNIZ stated that he has heard of BitTorrent but did not use it. SANTIAGO-MUNIZ stated that there was a program on one of the computers which he would hook up to the TV to watch movies on. SANTIAGO-MUNIZ stated that his cell phone started acting up about 3 months ago, and that at that time he was given a warranty replacement. SANTIAGO-MUNIZ stated that his phone service is currently through AT&T but it was previously on the T-Mobile network. SANTIAGO-MUNIZ stated there is 3 phones on his family plan; the other two lines are his mother and a friend named Tito SOTO who lives on Spruce Street in Pottstown, near Turkey Hill. SANTIAGO-MUNIZ stated SOTO is a friend from church who has known for a long time. SANTIAGO-MUNIZ stated that SOTO'S phone is on the family plan to save SOTO money. SANTIAGO-MUNIZ stated SOTO drives a 2000-2001 Toyota Corolla, four door, gray in color. SANTIAGO-MUNIZ stated that SOTO is approx. 50 years old, has no girlfriend and works in Manufacturing.

**INTERVIEW CONTINUED NEXT PAGE**

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. Anthony M. REPPERT | 11201 | ☒ CONT. ☐ TERM. | TWT/7229 | | 11 |

STATION

| | | | |
|---|---|---|---|
| SP 7-0051 (12-2011) **PENNSYLVANIA STATE POLICE** CONTINUATION SHEET ☐ SUPPLEMENTAL INVESTIGATION REPORT ☒ | REPORT TYPE ☒ INCIDENT ☐ OTHER | DATE(S)/DAY(S) OF INCIDENT 06/01/17-06/28/17 SUN TIME(S) OF INCIDENT 0000-2359 HOURS | INCIDENT NO. PA2017-687430 JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

ATTACHMENTS:
☐ INTOXICATION WORK SHEET      ☐ MISSING PERSON CHECKLIST
☐ FELONY CRIMES AGAINST THE PERSON  ☐ STATEMENT FORM(S)
☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT  ☐ RIGHTS WARNING AND WAIVER
☐ PROPERTY RECORD
☐ OTHER

DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED - DATE
A ☐ DEATH OF ACTOR           D ☐ VICTIM REFUSED TO COOPERATE
B ☐ PROSECUTION DECLINED     E ☐ JUVENILE/NO CUSTODY
C ☐ EXTRADITION DENIED       N ☐ NOT APPLICABLE           ☐ MULTIPLE CLEAR-UP

1. ORI/STATION
PAPSP1A00 / BCI - CCU

2. DATE OF REPORT
08/02/17

3. OFFENSE
UNLAWFUL CONTACT WITH A MINOR

4. VICTIM ████████████

5. NARRATIVE

### Interview – SANTIAGO-MUNIZ Continued

SANTIAGO-MUNIZ stated that the last time he saw SOTO was approx. 1 1-2 weeks ago when he and SOTO met at the AT&T store to transfer phone service from T-Mobile to AT&T. SANTIAGO-MUNIZ stated his girlfriend's brother, Stephen, comes to the residence a few times per week and he has the mental capacity of what he would estimate to be of a 14-15-year-old. SANTIAGO-MUNIZ stated that Stephen is secretive in what he does on his phone, and the he observes him using it all the time. SANTIAGO-MUNIZ stated that he looks at pornography on average one time per week. SANTIAGO-MUNIZ stated that he uses websites such as Youporn.com. SANTIAGO-MUNIZ stated that the Facebook "Messenger" app would be on his cell phone. SANTIAGO-MUNIZ stated that before his brother secured the Wi-Fi router with a password it was open for anybody to use. SANTIAGO-MUNIZ recalled an incident in the past where he saw a black SUV parked in front of his house for long periods of time. SANTIAGO-MUNIZ believed the black SUV was using his Wi-Fi signal. SANTIAGO-MUNIZ believed the SID of his Wi-Fi was "Linksys" but he was unsure. I asked SANTIAGO-MUNIZ if he knew of a "Liz Ridner or Elizabeth Ridner" SANTIAGO-MUNIZ stated that he did not know either one of those names. I asked SANTIAGO-MUNIZ if he knew of a "Jade Jayden miller" SANTIAGO-MUNIZ stated that he did not. SANTIAGO-MUNIZ stated that in the past his girlfriend found Facebook profiles, that portrayed to be SANTIAGO-MUNIZ with his pictures but he did not create them. SANTIAGO-MUNIZ was unable to say who may have created the Facebook accounts that portrayed to be him. SANTIAGO-MUNIZ stated that he works from 6pm to 6 am. I asked SANTIAGO-MUNIZ if he can use his phone during his work shift. SANTIAGO-MUNIZ stated that he does not can use or possess his cell phone while working. SANTIAGO-MUNIZ stated that his phone is required to be in his locker at the start of his shift and that supervisors check employees at the beginning of the work shift. SANTIAGO-MUNIZ stated that his email address is omarasantiago7694@gmail.com At this point in time in the interview Corporal FEGLEY offered SANTIAGO-MUNIZ a break for water or a restroom break. The interview was resumed and SANTIAGO-MUNIZ stated that during his work shift on July 20th 2017 he worked in the control booth of F-Pod. SANTIAGO-MUNIZ stated that a computer was present in the control booth but the computer does not have internet access.

**INTERVIEW CONTINUED NEXT PAGE**

| 6. OFFICER'S NAME/SIGNATURE Tpr. Anthony M. REPPERT | BADGE NO. 11201 | 7. INVEST. RECM. ☒ CONT. ☐ TERM. | 8. SUPV. INIT./BADGE NO. TWT 7229 | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE 12 |

STATION

| SP 7-0051 (12-2011) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| **PENNSYLVANIA STATE POLICE** | ☒ INCIDENT | 06/01/17-06/28/17 SUN | PA2017-687430 |
| CONTINUATION SHEET ☐ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐   DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | 0000-2359 HOURS | |

| ATTACHMENTS: | | DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ INTOXICATION WORK SHEET | ☐ MISSING PERSON CHECKLIST | A ☐ DEATH OF ACTOR   D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | C ☐ EXTRADITION DENIED   N ☐ NOT APPLICABLE   ☐ MULTIPLE CLEAR-UP |
| ☐ PROPERTY RECORD | | |
| ☐ OTHER | | |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP1A00 / BCI - CCU | 08/02/17 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| UNLAWFUL CONTACT WITH A MINOR | [redacted] |

**5. NARRATIVE**

**Interview – SANTIAGO-MUNIZ Continued**

At this point in the interview Sergeant John ONEILL received information from Kentucky State Trooper, Bryan JOHNSON. JOHNSON provided ONEILL with communication from a Facebook account involving Kyle RICHARDS. Communication from Kyle RICHARDS to a victim in Kentucky contained a picture of SANTIAGO-MUNIZ.

SANTIAGO-MUNIZ was shown a screenshot of the picture showing him and the communication provided by JOHNSON

Sergeant ONEILL assisted on the interview at the dining table for the remainder of the interview. SANTIAGO-MUNIZ stated that maybe about one year ago he used Facebook to talk to someone named Cameron and he thinks Cameron may have been 17. SANTIAGO-MUNIZ stated that the last time he used Facebook would have been about one year ago.

SANTIAGO-MUNIZ stated that he remembered using the RIDNER Facebook account a few weeks ago. SANTIAGO-MUNIZ stated that he did not create the RIDNER Facebook account however he was aware of it because of mutual Facebook friends. SANTIAGO-MUNIZ stated that he has never "messed" with child pornography. SANTIAGO-MUNIZ stated that while using the RIDNER account he might have talked to a 15-year-old. SANTIAGO-MUNIZ stated that in the past his girlfriend became aware that he was talking to girls using Facebook accounts and he sought out a military chaplain for help. SANTIAGO-MUNIZ stated he sought out the chaplain due to loneliness. SANTIAGO-MUNIZ was asked "Have you been online communicating with girls of a questionable age" SANTIAGO-MUNIZ stated "Me, yes a little bit" SANTIAGO-MUNIZ stated that he was communicating with the girls online to have friends to talk to. I asked SANTIAGO-MUNIZ how long has he been talking online to girls of a questionable age and he responded "6 months" I asked SANTIAGO-MUNIZ how many people under the age of 18 have you communicated with and he responded "Maybe 10-15." I asked SANTIAGO-MUNIZ how long ago that communication occurred and he stated "within the past few weeks. SANTIAGO-MUNIZ stated that in the past 6 months he can recall the girls he was speaking to live in New York, PA and Florida. I asked SANTIAGO-MUNIZ what he talks to the underage girls about and he stated "just normal conversation" I asked SANTIAGO-MUNIZ how many times he had sexual based communication with the underage girls and he stated "3-4 times"

**INTERVIEW CONTINUED NEXT PAGE**

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. Anthony M. REPPERT | 11201 | ☒ CONT. ☐ TERM. | TWT / 7229 | | 13 |

STATION

| SP 7-0051 (12-2011) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 06/01/17-06/28/17 SUN | PA2017-687430 |
| CONTINUATION SHEET ☐ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐ DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | 0000-2359 HOURS | |

| ATTACHMENTS: | | DISP.: ☐ CLEARED BY ARREST ☐ UNFOUNDED ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ INTOXICATION WORK SHEET | ☐ MISSING PERSON CHECKLIST | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |
| ☐ PROPERTY RECORD | | |
| ☐ OTHER | | |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP1A00 / BCI - CCU | 08/02/17 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| UNLAWFUL CONTACT WITH A MINOR | ███████████████ |

**5. NARRATIVE**

**Interview – SANTIAGO-MUNIZ Continued**

   SANTIAGO-MUNIZ stated that in some of the communication he would get screenshots of pornography sent to him. I asked SANTIAGO-MUNIZ what types of pornography pictures he sent out and he stated he sent a "Dick Picture" to a 18 year old. SANTIAGO-MUNIZ stated he may have sent a masturbation video a long time ago. Sergeant ONEILL asked SANTIAGO-MUNIZ if he used the Facebook account "Kyle Richards" and SANTIAGO-MUNIZ stated "Yes" Sergeant ONEILL asked SANTIAGO-MUNIZ if he used the Facebook account "Elizabeth RIDNER" and SANTIAGO-MUNIZ stated "Yes but not yesterday" I asked SANTIAGO-MUNIZ if he used the Facebook account "Jade MILLER" and SANTIAGO-MUNIZ stated "No" SANTIAGO-MUNIZ was asked what is the youngest approx.. age of a girl he communicated with and he stated 13. SANTIAGO-MUNIZ then stated he had sexual related conversations with approx. 5-6 girls recently. SANTIAGO-MUNIZ was asked what are the girls names that he is communicating with and he stated "Tori" who is a friend of Kyle Richards, Kaylin who is a friend of Kyle Richards and Brooke from Florida.

   At 1237 hours SANTIAGO-MUNIZ was offered a break for water or the restroom.

   SANTIAGO-MUNIZ stated that he had conversations about meeting girls under 18. When asked SANTIAGO-MUNIZ stated that believed he had a conversation 3-4 times about meeting girls. SANTIAGO-MUNIZ stated he communicated with a girl from Mcadoo for about 3 weeks. SANTIAGO-MUNIZ stated the conversation including meeting up for modeling. SANTIAGO-MUNIZ stated he was not sent any pictures from the girl in Mcadoo. I asked SANTIAGO-MUNIZ if he knew anything about the girl from Mcadoo and he stated that she lived with her parents. SANTIAGO-MUNIZ acknowledged trying to set up a recent meet with the girl from Mcadoo and the girl told him there was a park near her house. SANTIAGO-MUNIZ stated that the purpose of the meet that was discussed was modeling. I asked SANTIAGO-MUNIZ what kind of modeling and he responded "bathing suit modeling" I asked SANTIAGO-MUNIZ what account he used to communicate with Brooke and he stated "Ridner" I asked SANTIAGO-MUNIZ how he knew of Brooke and he stated that "she friend requested me" SANTIAGO-MUNIZ stated that when he asked Brooke how old she was, she told him 11. SANTIAGO-MUNIZ stated that some of his conversation with Brooke was about modeling. SANTIAGO-MUNIZ stated that he discussed a face to face meet with Brooke on two occasions but it never happened because he was busy. SANTIAGO-MUNIZ stated that he would never act on meeting with Brooke and that it was only an online fantasy. I asked SANTIAGO-MUNIZ what accounts he used to talk to Brooke with and he stated the Kyle Richards and Liz Ridner accounts.

**INTERVIEW CONTINUED NEXT PAGE**

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. Anthony M. REPPERT | 11201 | ☒ CONT. ☐ TERM. | TWT 7224 | | 14 |

STATION

| SP 7-0051 (12-2011) | REPORT TYPE | DATE(S)/DAY(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| PENNSYLVANIA STATE POLICE | ☒ INCIDENT | 06/01/17-06/28/17 SUN | PA2017-687430 |
| CONTINUATION SHEET ☐ | ☐ OTHER | TIME(S) OF INCIDENT | JUVENILE ☐  DOMESTIC VIOLENCE ☐ |
| SUPPLEMENTAL INVESTIGATION REPORT ☒ | | 0000-2359 HOURS | |

| ATTACHMENTS: | | DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ INTOXICATION WORK SHEET | ☐ MISSING PERSON CHECKLIST | A ☐ DEATH OF ACTOR         D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | B ☐ PROSECUTION DECLINED   E ☐ JUVENILE/NO CUSTODY |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | |
| ☐ PROPERTY RECORD | | |
| ☐ OTHER | | C ☐ EXTRADITION DENIED      N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP1A00 / BCI - CCU | 08/02/17 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| UNLAWFUL CONTACT WITH A MINOR | ████████████████ |

5. NARRATIVE

### Interview – SANTIAGO-MUNIZ Continued

SANTIAGO-MUNIZ stated that the Jade MILLER Facebook account was given to him. SANTIAGO-MUNIZ stated he used the Jade MILLER account approx. 3 times. SANTIAGO-MUNIZ stated the account was given to him approx. 3 months ago. SANTIAGO-MUNIZ stated the account was given to him by somebody he was talking to online. SANTIAGO-MUNIZ denied creating the Jade Miller Facebook account.

At 1306 hours SANTIAGO-MUNIZ was asked to take a break and make a Non-Custodial written statement to portray the interview in his own words. I read the Pennsylvania State Police Noncustodial Written Statement Page to SANTIAGO-MUNIZ. SANTIAGO-MUNIZ requested to review a copy of the search warrant. SANTIAGO-MUNIZ was given a copy of the front sheet of the search warrant and informed the affidavit of probable cause was under seal. SANTIAGO-MUNIZ asked if the crime listed on the search warrant (Unlawful Contact with a Child) was a felony to which I responded it was. SANTIAGO-MUNIZ asked if he could lose his job at the prison due to this investigation. SANTIAGO-MUNIZ stated that he did not wish to answer any further questions any wanted to have an attorney present for any further questions. The interview was immediately stopped.

### Interview – Jennifer NMN QUACH – Girlfriend of Omar SANTIAGO-MUNIZ

On 07/21/17 at approx. 1115 hours I interviewed Jennifer QUACH and her brother Stephen QUACH outside of the residence. The interview was conducted while a break in the interview with SANTIAGO-MUNIZ was taken. Sergeant John ONEILL assisted with the interview. J QUACH stated that she is Stephen's sister and caregiver. J QUACH stated that Stephen has a genetic intellectual disability/disorder called Prador Willi Syndrome. J QUACH stated that Stephen is not capable of answering questions without assistance of her. J QUACH provided her phone as well as the password to her phone which was in the pattern of an "N" J QUACH also provided the password to Stephen's iPhone which was "8888" J QUACH stated that Stephen has just recently moved in with her and he was previously in a group home. J QUACH stated that Stephen mostly just plays games on his iPhone. J QUACH stated that Stephen has Facebook, Instagram and Snapchat. J QUACH stated that she doesn't think Stephen can look at pornography websites. J QUACH stated that she and Stephen go to Omar's house approx. 2-3 times per week and occasionally spend the night. J QUACH stated that she has known Omar for 8 years. J QUACH stated that she does not know a "Jade Miller" J QUACH provided nothing further and the interview was concluded.

CONTINUED.

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☐ CONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. Anthony M. REPPERT | 11201 | ☒ CONT. ☐ TERM. | TNT 7229 | ☐ NONCONCUR | 15 |

STATION

| PENNSYLVANIA STATE POLICE | REPORT TYPE | DATE(S) OF INCIDENT | INCIDENT NO. |
|---|---|---|---|
| CONTINUATION SHEET ☐ <br> SUPPLEMENTAL INVESTIGATION REPORT ☒ | ☒ INCIDENT <br> ☐ OTHER | 06/01/17-06/28/17 SUN <br> TIME(S) OF INCIDENT <br> 0000-2359 HOURS | PA2017-687430 <br> JUVENILE ☐  DOMESTIC VIOLENCE ☐ |

| ATTACHMENTS: | | DISP.: ☐ CLEARED BY ARREST  ☐ UNFOUNDED  ☐ EXCEPTIONALLY CLEARED- DATE |
|---|---|---|
| ☐ INTOXICATION WORK SHEET | ☐ MISSING PERSON CHECKLIST | A ☐ DEATH OF ACTOR    D ☐ VICTIM REFUSED TO COOPERATE |
| ☐ FELONY CRIMES AGAINST THE PERSON | ☐ STATEMENT FORM(S) | B ☐ PROSECUTION DECLINED    E ☐ JUVENILE/NO CUSTODY |
| ☐ VICTIM/WITNESS ASSISTANCE GUIDE RECEIPT | ☐ RIGHTS WARNING AND WAIVER | |
| ☐ PROPERTY RECORD | | C ☐ EXTRADITION DENIED    N ☐ NOT APPLICABLE    ☐ MULTIPLE CLEAR-UP |
| ☐ OTHER | | |

| 1. ORI/STATION | 2. DATE OF REPORT |
|---|---|
| PAPSP1A00 / BCI - CCU | 08/02/17 |

| 3. OFFENSE | 4. VICTIM |
|---|---|
| UNLAWFUL CONTACT WITH A MINOR | |

**5. NARRATIVE**

   SANTIAGO-MUNIZ was taken into custody and transported to Pottstown Borough Police Department at approx. 1355 hours. SANTIAGO-MUNIZ was fingerprinted and processed. SANTIAGO-MUNIZ was placed in a holding cell provided by Pottstown Police. MDJ KROPP, court 38-1-12 was contacted and stated he could perform the arraignment of SANTIAGO-MUNIZ at 1500 hours. KROPP made contact at 1455 hours and stated that since SANTIAGO-MUNIZ was not at his court for arraignment he would need to wait for the on-call magistrate to perform the arraignment. At approx. 2100 hours SANTIAGO-MUNIZ was arraigned by the on-call Montgomery County Magisterial District Justice Elizabeth MCHUGH. SANTIAGO-MUNIZ was given bail in the amount of 100,000. SANTIAGO-MUNIZ was unable to post bail. SANTIAGO-MUNIZ was transported to Montgomery County Prison by PSP Troop K Skippack.

   On 07/28/17 I contacted Montgomery County Correctional Facility Deputy Warden Sean MCGEE. I asked about prison cell phone policy and MCGEE stated that the corrections officers are checked at random to see if they possess a cell phone. MCGEE stated that SANTIAGO-MUNIZ was working a control booth on 07/21/17. MCGEE stated that SANTIAGO-MUNIZ was not checked after his shift so it was possible he could have possessed a phone during his shift. I requested that MCGEE check prison surveillance footage of 07/21/17 from 2145-2230 hours to see if SANTIAG-MUNIZ was observed on camera utilizing a cell phone or electronic device. MCGEE stated surveillance video did not show SANTIAGO-MUNIZ using an electronic device however there is no video in the control room. MCGEE stated that SANTIAGO-MUNIZ did not access the county network while working.

   On 08/02/17 I received a Disc from Detective Bryan JOHNSON, Kentucky State Police. Detective JOHNSON was also investigating "Jade Miller" and had search warrants completed on the Facebook accounts of "Jade Miller" and "Kyle Richards"; both accounts SANTIAG-MUNIZ acknowledged using. Detective JOHNSON has numerous victims that are tied to this investigation residing in Kentucky. The files on the disc were encrypted and the password "H!DD@N646" was used. The Facebook results need to be reviewed as additionally victims in Pennsylvania exist per Detective JOHNSON

   On 08/02/17 HSI Special Agent Trac HYUNH was informed the details of this investigation. HYUNH is seeking approval from the Assistant US Attorney to assume the investigation for Federal adoption.

**Additional Attachments:**
Kentucky Search Warrants completed by Detective JOHNSON (Jade Miller and Kyle Richards accounts)
Disc provided by Detective JOHNSON (contains adult and child pornography)

**Recommendations/Conclusions:**
This investigation will remain open pending further investigation and the preliminary hearing of SANTIAGO-MUNIZ.

| 6. OFFICER'S NAME/SIGNATURE | BADGE NO. | 7. INVEST. RECM. | 8. SUPV. INIT./BADGE NO. | 9. ☒ CONCUR ☐ NONCONCUR | 10. PAGE |
|---|---|---|---|---|---|
| Tpr. Anthony M. REPPERT | 11201 | ☒ CONT. ☐ TERM. | TWT / 7229 | | 16 |

STATION